```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 13918
   FELICIA RENEE SHELBY GREEN
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0334

---------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     The case was filed on 08/02/2007 and was confirmed 01/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/29/2008.
---------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
---------------------------------------------------------------------
AMERICAN HOME MTG        CURRENT MORTG    13354.98            .00       13354.98
AMERICAN HOME MTG        MORTGAGE ARRE    14766.64            .00            .00
DRIVE FINANCIAL          SECURED VEHIC         .00            .00            .00
INTER COUNTY JUDICIAL SA NOTICE ONLY      NOT FILED           .00            .00
NICOR GAS                PRIORITY         NOT FILED           .00            .00
NICOR GAS                UNSECURED         1389.31            .00            .00
MELVIN J KAPLAN          DEBTOR ATTY      3,324.00                       1,491.75
TOM VAUGHN               TRUSTEE                                         1,291.02
DEBTOR REFUND            REFUND                                               .00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                         RECEIPTS                DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE                 16,137.75

PRIORITY                                                 .00
SECURED                                            13,354.98
UNSECURED                                                .00
ADMINISTRATIVE                                      1,491.75
TRUSTEE COMPENSATION                                1,291.02
DEBTOR REFUND                                            .00
                       ---------------         ---------------
TOTALS                   16,137.75                 16,137.75
```

          PAGE   1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 13918 FELICIA RENEE SHELBY GREEN

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE